## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

JAMES E. HOLLAND,

    Plaintiff,

vs.                                                    CASE NO. 6:07-CV-613-ORL-19KRS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

### ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 21, filed November 7, 2008). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 21) is **ADOPTED and AFFIRMED.** The Unopposed Motion for Award of Attorneys' Fees Pursuant to the Equal Access for Justice Act 28 U.S.C. §2414 (Doc. No. 20, filed November 6, 2008) is **GRANTED.** The Commissioner of Social Security shall pay to Bradley K. Boyd, Esq., the sum of $2,775.61 in attorneys' fees.

**DONE AND ORDERED** at Orlando, Florida, this   18th   day of November, 2008.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record